1 Steven S. Guy (#009106)
THE GUY LAW FIRM, P.L.L.C.
2 10105 E. Via Linda, Suite 103
3 Scottsdale, Arizona 85258-5326
Phone: 480.767.3175
4 Fax: 480.767.3175
E-mail: steve@steveguylaw.com
5 Attorney for Defendant Inventurus Knowledge Solutions, Inc.

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **Rebecca Cook,** | **Case No**. CV-16-03441-PHX-ROS |
| **Plaintiff,** | |
| v. | **NOTICE OF SETTLEMENT** |
| **Physiotherapy Associates, Inc. And Inventurus Knowledge Solutions, Inc.,** | |
| **Defendants.** | |

Defendant Inventurus Knowledge Solutions, Inc. ("IKS"), by and through its undersigned counsel, hereby gives notice that this matter has been settled. The parties expect to finalize the formal written settlement agreement and to file a stipulation to dismiss all claims with prejudice shortly.

DATED this 5th day of February, 2018.

THE GUY LAW FIRM, P.L.L.C.


By: /s/ Steven S. Guy
Steven S. Guy
10105 E. Via Linda, Suite 103
Scottsdale, Arizona 85258-5326
Attorney for Defendant Inventurus
Knowledge Solutions, Inc.

## CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2018, I electronically transmitted **DEFENDANTS' MOTION TO EXTEND TIME TO RESPOND TO PLAINTIFF'S WRITTEN DISCOVERY REQUESTS** to the Clerk's Office using the CM/ECF System for filing, which caused such document to be served on counsel of record through the Court's CM/ECF System.



/s/ Steven S. Guy