1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rebecca Cook, | No. CV-16-03441-PHX-ROS |
| Plaintiff, | **ORDER** |
| v. | |
| Physiotherapy Associates Incorporated, et al., | |
| Defendants. | |

The Court having been notified that this matter has settled in its entirety (Doc. 46),

**IT IS ORDERED** this action will be dismissed with prejudice by the Clerk's Office without further notice on **March 6, 2018**, unless prior thereto a request for reinstatement on the Court's trial calendar is filed herein.

**IT IS FURTHER ORDERED** all pending motions are denied with leave to reinstate should this matter fail to finalize.

**IT IS FURTHER ORDERED** vacating the Status Conference hearing set for March 5, 2018 at 2:00 PM.

Dated this 6th day of February, 2018.

Honorable Roslyn O. Silver
Senior United States District Judge