Steven S. Guy (#009106)
THE GUY LAW FIRM, P.L.L.C.
10105 E. Via Linda, Suite 103
Scottsdale, Arizona 85258-5326
Phone:  480.767.3175
Fax:  480.767.3175
E-mail: steve@steveguylaw.com
Attorney for Defendant Inventurus Knowledge Solutions, Inc.

**UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| **Rebecca Cook,** | Case No. CV-16-03441-PHX-ROS |
| Plaintiff, | |
| v. | **STIPULATION TO DISMISS** |
| **Physiotherapy Associates, Inc. and Inventurus Knowledge Solutions, Inc.,** | **(WITH PREJUDICE)** |
| Defendants. | |

This matter having been settled, plaintiff Rebecca Cook and defendants Inventurus Knowledge Solutions, Inc. and Physiotherapy Associates, Inc., by and through their undersigned counsel, hereby stipulate to dismiss this matter with prejudice, each party to bear their own costs and attorneys' fees.

DATED this __th day of February, 2018.

JENNINGS, HAUG & CUNNINGHAM, L.L.P.

By: /s/ Robert J. Lamb
    Robert J. Lamb
    2800 N. Central Avenue, Suite 1800
    Phoenix, Arizona 85004-1049
    Attorney for Defendant Physiotherapy
    Associates, Inc.

THE GUY LAW FIRM, P.L.L.C.

By: /s/ Steven S. Guy
    Steven S. Guy
    10105 E. Via Linda, Suite 103
    Scottsdale, Arizona 85258-5326
    Attorney for Defendant Inventurus
    Knowledge Solutions, Inc.

ARIZONA CONSUMER LAW GROUP, PLC

By: /s/ John N. Skiba
    1640 South Stapley Dr., Ste. 127
    Mesa, Arizona 85204
    Attorneys for Plaintiff