# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Rebecca Cook,<br><br>    Plaintiff,<br><br>v.<br><br>Physiotherapy Associates Incorporated, et al.,<br><br>    Defendants. | No. CV-16-03441-PHX-ROS<br><br>**ORDER** |

Pursuant to the Parties' Stipulation to Dismiss (Doc. 48),

**IT IS ORDERED** this action is dismissed with prejudice, the parties to bear their own attorneys' fees and costs.

Dated this 27th day of February, 2018.

Honorable Roslyn O. Silver
Senior United States District Judge